IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MISSOURI BEVERAGE COMPANY, INC, <br><br> Plaintiff, <br><br> v. <br><br> SHELTON BROTHERS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 2:10-cv-04113-NKL <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_    Jury Verdict.  This action came before the Court for a trial by jury.

X    Decision by Court.  This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette Laughrey on June 17, 2011, MoBev's motion for partial summary judgment [Doc. # 37] is DENIED and Shelton's motion for summary judgment [Doc. # 35] is GRANTED.

| | |
|---|---|
| Dated: June 17, 2011 | ANN THOMPSON <br> Clerk <br><br> s/ RENEA KANIES <br> By: Renea Kanies, Courtroom Deputy |